No. 225. Continental Oil Co. v. United States. October 12, 1936. The application for a writ of certiorari to the Court of Claims is dismissed upon the ground that it is premature, without prejudice to a renewal of the application after action by the Court of Claims on the

motion for amendment of the special findings. The motion to defer consideration of the application for certiorari is denied. *Mr. Arthur B. Hyman* for petitioner. *Solicitor General Reed* for the United States.